**Opinion issued November 1, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00309-CV**

———————————

**LAURA CHILTON, Appellant**

**V.**

**MICHAEL FERNANDEZ, Appellee**

———

**On Appeal from the County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 11-FD-0958**

———

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. No opinion

has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.